UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**DONALD VIOLETT**   **PLAINTIFF**

v.   **CIVIL ACTION NO. 1:22-CV-P173-JHM**

**DANIEL CAMERON** *et al.*   **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered June 1, 2023, and being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with an order of this Court.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date: June 2, 2023

*[signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.011